NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Petitioner,<br><br>    v.<br><br>Bryan Berber,<br><br>    Respondent. | Case No. CV 18-00304 FMO (SKx)<br><br>Order Enforcing IRS Summons<br><br>Hearing Date: Thursday, March 8, 2018<br>Hearing Time: 10:00 a.m.<br>Courtroom: 6D<br>Location: United States Courthouse<br>350 West First Street<br>Los Angeles, California |

    On January 12, 2018, the United States of America (Petitioner) filed a Petition to Enforce Internal Revenue Service Summons.

    On March 8, 2018, the matter was called before this court. All appearances noted on the record.

    **IT IS HEREBY ORDERED**, based on the pleadings and the record, that the Petition to Enforce Internal Revenue Service Summons is granted and Respondent Bryan Berber is ordered to appear before Revenue Agent Lester Lee (or other IRS employee designated for such purpose) and provide testimony and make available for inspection and copying the books, records, papers, and other data demanded in the IRS Summons

that is the subject of this proceeding, at the following date, time, and address:

      Date:      April 11, 2018
      Time:     10:00 a.m.
      Address:  6340 Variel Avenue, FE 1464
                   Woodland Hills, CA 91367

Respondent's appearance shall continue from day-to-day thereafter at the same location for as long as is necessary to provide the testimony and to make available for inspection and copying the books, records, papers, and other data demanded in the IRS Summons.

Failure by Respondent to comply with the terms of this Order shall be grounds for finding Respondent in contempt of Court, and may result in sanctions, including fines and incarceration.

DATED: March 9, 2018

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America